IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1615-AP

CORA HAMPTON,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Ann J. Atkinson, Esq.
7960 South Ireland Way
Aurora, CO 80016
(303) 680-1881
(303) 680-7891 (Facsimile)
Atkinsonaj@aol.com

<u>For Defendant</u>:
Michele M. Kelley
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
*(*303) 844-0812
(303) 844-0770 (Facsimile)
Michele.kelley@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    **A.**    **Date Complaint Was Filed:** August 19, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** August 23, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:** October 24, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

Both parties state that the record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit any additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Both parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

## 7. OTHER MATTERS

Neither party has any other matters to bring to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

    **A.**    **Plaintiff's Opening Brief Due:** December 5, 2005

    **B.**    **Defendant's Response Brief Due:** January 20, 2006

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** February 7, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    B.    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.    **( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( x )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 15th day of November, 2005.

                                              BY THE COURT:

                                              S/John L. Kane
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Ann J. Atkinson<br>Ann J. Atkinson, Esq.<br>7960 South Ireland Way<br>Aurora, CO 80016<br>Telephone: (303) 680-1881<br>Facsimile: (303) 680-7891<br>Atkinsonaj@aol.com<br><br>Attorney for Plaintiff | WILLAM J. LEONE<br>United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney<br>1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant U.S. Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>michele.kelley@ssa.gov<br><br>Attorneys for Defendant |