IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01615-PSF

CORA HAMPTON,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

    Defendant.

## ORDER VACATING ORAL ARGUMENT

This matter comes before the Court *sua sponte*. It is hereby ORDERED that the oral argument hearing currently set for April 28, 2006 at 9:00 a.m. is VACATED. The Court will notify counsel if the hearing needs to be reset.

DATED: April 25, 2006

BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge