IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01615-PSF

CORA HAMPTON,

     Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

     Defendant.

_____

## ORDER GRANTING AWARD FOR ATTORNEY FEES
_____

This matter is before the Court on the parties' Stipulated Motion for Award of

Attorney Fees Pursuant To the Equal Access to Justice Act (Dkt. # 19).   Having

reviewed the motion, case file, and Order and Judgment entered on May 25, 2006,

the Court hereby

ORDERS that the Stipulated Motion for Award of Attorney Fees (Dkt. # 19) is

GRANTED.  Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, plaintiff's

counsel, Ann J. Atkinson, is awarded reasonable attorneys fees in the amount of

$3,600.

     DATED: July 14, 2006

                    BY THE COURT:

                    *s/ Phillip S. Figa*

                    _____

                    Phillip S. Figa
                    United States District Judge